1  DAVID E. MASTAGNI, ESQ. (SBN 204244)
   BJ PIERCE, ESQ. (SBN273414)
2  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER & JOHNSEN**
3  *A Professional Corporation*
   1912 "I" Street
4  Sacramento, California 95811-3151

5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRADY,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF PLACER; EDWARD BONNER, individually and in his official capacity; DEVON BELL, individually and in his official capacity; GEORGE MALIM, individually and in his official capacity,<br><br>            Defendant. | CASE NO. 2:12-cv-01374-JAM-JFM<br><br>**STIPULATION TO CONTINUE JOINT STATUS REPORT; ORDER** |

WHEREFORE, pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause, plaintiff Kevin Brady and defendants County of Placer, Edward Bonner, Devon Bell, and George Malim (collectively "Defendants"), by and through their respective attorneys of record, hereby jointly stipulate and request the Court to vacate the date set forth in the Order Requiring Joint Status Report, filed by the court on May 22, 2012, and to continue such dates as set forth in the stipulation below.

Good cause exists for this stipulation and order. The Parties have agreed to mediate the matter with Ernest A. Long. Mediation is scheduled for August 21, 2012. Specific matters to be addressed in the Joint Status Report may arise, resolve, or otherwise change during the course of the mediation

process.

WHEREFORE, the parties hereby jointly stipulate and request an order as follows:

The current deadline of July 20, 2012, to submit a Joint Status Report be continued to September 30, 2012, or another date as set by the Court.

**IT IS SO STIPULATED.**

Dated: July 17, 2012                MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN

By: /s/ David E. Mastagni
    David E. Mastagni
    BJ Pierce

Attorneys for Plaintiff

Dated: July 17, 2012                PLACER COUNTY COUNSEL

By: /s/ Brett D. Holt (as authorized on 07/17/12)
    Brett D. Holt

Attorney for Defendants

COUNTY OF PLACER; EDWARD BONNER; DEVON BELL; and GEORGE MALIM

**ORDER**

FOR GOOD CAUSE, IT IS HEREBY ORDERED AS FOLLOWS:

The current deadline of July 20, 2012, to submit a Joint Status Report is continued to September 30, 2012.

IT IS SO ORDERED.

Dated:  7/17/2012

/s/ John A. Mendez
JOHN A. MENDEZ

UNITED STATES DISTRICT COURT JUDGE