1  DAVID E. MASTAGNI, ESQ. (SBN 204244)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
2  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER & JOHNSEN**
3  *A Professional Corporation*
   1912 "I" Street
4  Sacramento, California 95811-3151
   Telephone: (916) 446-4692
5  Facsimile: (916) 447-4614

6  Attorneys for Plaintiff
   KEVIN BRADY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KEVIN BRADY, | Case No.: 2:12-cv-01374-JAM-JFM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| | **Fed. R. Civ. P. 41(a)(2)** |
| COUNTY OF PLACER; EDWARD BONNER, individually and in his official capacity; DEVON BELL, individually and in his official capacity; GEORGE MALIM, individually and in his official capacity, | |
| Defendants. | |

1  IT IS HEREBY STIPULATED AND AGREED by and between the parties that Plaintiff, KEVIN BRADY, by and through his attorney agrees to dismiss the above-entitled matter, in its entirety, with prejudice, as agreed to in the Settlement Agreement and Mutual Release. Each party shall bear their own fees and costs except as provided for in the Settlement Agreement and Mutual Release.

Respectfully submitted,

**MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN, P.C.**

Dated: September 21, 2012     By:  /s/ DAVID E. MASTAGNI
                                    DAVID E. MASTAGNI
                                    Attorneys for Plaintiff

**OFFICE OF THE COUNTY COUNSEL**

Dated: September 21, 2012     By:  /s/ BRETT D. HOLT
                                    BRETT D. HOLT
                                    Attorneys for Defendants

**ORDER FOR DISMISSAL**

IT IS SO ORDERED.

Dated: 9/21/2012     /s/ John A. Mendez
                     HONORABLE JOHN A. MENDEZ
                     UNITED STATES DISTRICT COURT JUDGE